Pleasant R. McIntosh, appellee, v. Joseph M. Bosenbury, appellant. Gen. No. 8,500.

Opinion filed September 1, 1932.

Joe L. Johnson and Theodore C. Baer, for appellant. Joseph F. Bartley and Herbig Younge, for appellee.

Mr. Justice Baldwin delivered the opinion of the court.

Arthur Rossi, administrator of the estate of Ethel Rossi, deceased, plaintiff in error, v. William Youblis, Jr., defendant in error. Gen. No. 8,513.

Opinion filed September 1, 1932.

Knight, Penny & Lupton, for plaintiff in error; Thomas F. Ryan, of counsel. Frank E. Maynard, for defendant in error.

Mr. Justice Baldwin delivered the opinion of the court.

Rose Genschow et al., appellees, v. First Trust Joint Stock Land Bank of Chicago, appellant. Gen. No. 8,533.

Opinion filed September 8, 1932.

Amberg, Ott, Dahlin & Livingston, for appellant; John A. Brown, of counsel. Jno. P. Pallissard, for certain appellees; F. P. Benjamin, of counsel.

Mr. Justice Baldwin delivered the opinion of the court.

M. Ebert and F. M. Ebert, trading as M. Ebert Company, appellees, v. Premier Malt Products Company, appellant.

Premier Malt Products Company, appellant, v. M. Ebert and F. M. Ebert, trading as M. Ebert Company, appellees. Gen. No. 8,354.

Opinion filed September 8, 1932. Rehearing denied November 1, 1932.

Hunter, Kavanagh & McLaughlin, for appellant. Clarence W. Heyl and Harry C. Heyl, for appellees; Heyl & Heyl, of counsel.

Mr. Justice Jett delivered the opinion of the court.